**Dismissed and Memorandum Opinion filed July 29, 2014**



In The

## Fourteenth Court of Appeals

---

### NO. 14-14-00321-CV

---

## A.N.A. ENTERPRISES, INC., MUSA ADI, ZUHAIR ADI, STEAKS R US, INC., TEXAS GULF COAST ENTERPRISE, INC., ADICO ENTERPRISES, INC. AND STAR SERVE, INC., Appellants

### V.

## WALLIS STATE BANK, Appellee

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-37764**

---

### M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed January 27, 2014. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 29, 2014, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellants have not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Busby and Wise.